# STATE v. D. R. JOHNSON.[1]

## January 25, 1918.

## No. 20,864.

**Criminal law — demurrer to indictment — certificate to supreme court.**

When a demurrer to an indictment is sustained the prosecution is at an end, unless submitted to another grand jury, and the trial court cannot thereafter certify to the supreme court the question involved by the demurrer. [Reporter.]

Defendant was indicted by the grand jury of Hennepin county for the crime of teaching and advocating, by printed matter, that citizens of the United States should not aid in carrying on the war. He demurred to the indictment on the ground that it did not state facts sufficient to constitute a defense and did not charge any crime. The demurrer was sustained, Molyneaux, J., and, defendant consenting, the court certified the case to the supreme court so far as necessary to present the question of law arising on the demurrer. Dismissed and cause remanded.

*Lyndon A. Smith*, Attorney General, and *John M. Rees*, County Attorney, for plaintiff.

*A. B. Darelius*, for defendant.

PER CURIAM.

The question whether an indictment states a public offense cannot be certified to the supreme court under G. S. 1913, § 9251, after the trial court has sustained a demurrer thereto. The order sustaining the demurrer ends the prosecution, unless the matter is ordered resubmitted to another grand jury.

The certification of this cause is therefore dismissed and the cause remanded.

[1]Reported in 166 N. W. 123.